■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL JARRETT, Appellant. [647 NYS2d 944] —Judgment, Supreme Court, Bronx County (Frank Diaz, J.), rendered September 13, 1994, convicting defendant, after a jury trial, of attempted grand larceny in the fourth degree, and sentencing him to a prison term of 1 year, unanimously affirmed.

Defendant's request for a missing witness charge for one of

the police officers involved in defendant's arrest was properly denied in the trial court's discretion. Concur—Murphy, P. J., Sullivan, Rubin, Ross and Nardelli, JJ.